**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| TAN NGO PHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02447-TLP-cgc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT,
DIRECTING RESPONDENT TO SHOW CAUSE, AND
DIRECTING CLERK TO MODIFY DOCKET**

Petitioner Tan Ngo Pham, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

Given the grounds raised in the Petition, the Court **ORDERS** Petitioner to deliver a copy of the Petition and all attachments and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Petitioner shall do so within **five (5)** days of this Order.

And within **five (5) days** of receiving the Petition and this Order, Respondent shall show cause in writing why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **five (5) days** after Respondent's responsive filing.  Failure to comply with this requirement may justify dismissal of the Petition without further notice.  *See* Fed. R. Civ. P. 41(b).

The Court will set a hearing by separate order if necessary.  *See* 28 U.S.C. § 2243.

1

**SO ORDERED**, this 22nd day of April, 2026.

   s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE